IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES A. SMITH and )
JEANETTE H. SMITH, )
 )
    Plaintiffs, )
 )
Vs. )
 )
KANSAS CITY LIFE INSURANCE )   CASE NO: _____
COMPANY, GUIDE ONE INSURANCE )
COMPANY, GUIDANT LIFE )
INSURANCE GROUP, GUIDANT )
LIFE INSURANCE COMPANY, )
PREFERRED RISK LIFE )
INSURANCE COMPANY, ANNE )
F. WATKINS, JIM MCCAFFERTY, )
Et al., )
 )
    Defendants. )

## AFFIDAVIT OF JIM MCCAFFERTY

STATE OF NORTH CAROLINA )

COUNTY OF _Mecklenburg_ )

My name is Jim McCafferty. I am an adult resident of Charlotte, North Carolina.

I have reviewed the Complaint filed in this action. I join in the Notice of Removal of

this action in Federal Court.

JIM MCCAFFERTY

STATE OF NORTH CAROLINA    )
COUNTY OF Mecklenburg    )

    I, the undersigned authority, a Notary Public in and for said County and State, hereby certify that JIM MCCAFFERTY, whose name is signed to the foregoing, and who is known to me, acknowledged before me on this day, that being informed of the contents of said instrument, he executed same voluntarily on day the same bears date.

    GIVEN under my hand and official seal this ___15___ day of December , 2005.

                                      Notary Public
                                       My Commission Expires: December 29, 2006

(SEAL)