IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES A. SMITH AND JEANETTE H.,   )
SMITH   )
   )
     Plaintiff,   )
v.   )      CASE NO. 2:05CV1198-T
   )
KANSAS CITY LIFE INS. CO., ET AL   )
   )
     Defendant   )

# O R D E R

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1),  this case is referred

to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders

or recommendations as may be appropriate.

DONE this 19th day of December, 2005.


      /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE