IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| James A. Smith, et al.,           ) | |
|                                              ) | |
|        Plaintiffs,                     ) | |
| v.                                         ) | CASE NO. 2:05cv1198-MHT |
|                                              ) | |
| Kansas City Life Ins. Co., et al., ) | |
|                                              ) | |
|        Defendants.                  ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated December 19, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                             /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE