IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES A. SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05CV1198-WKW |
| ) | |
| KANSAS CITY LIFE ) | |
| INSURANCE CO., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #8) filed on January 12, 2006, it is hereby ORDERED that:

1.  The defendants file a response which shall include a brief and any evidentiary materials on or before February 9, 2006.

2.  The plaintiffs may file a reply brief on or before February 16, 2006.

DONE this 26th day of January, 2006.

                                                 /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE