**PART I — 1. Full Name** (Print) _____
(If married woman, show maiden name in parentheses)

Single ☐   Married ☒   Widowed ☐   Divorced ☐   Separated ☐

Mailing Address: 3457 East St.
City: Montgomery   State: AL   Zip Code: 36110

**2. Birthplace?** State: AL
**Birthdate?** Mo: 11  Day: 11  Yr: 40
**Ins. Age?** 50  **Sex?** M  **Height?** Ft: 6  In: —  **Wt?** Lbs: 200

**3. Employer?** Jackson Hos.
**Occupation?** Maintenance
**Duties?** Maintenance

**4. Social Security Number:** 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

| | Yes | No |
|---|---|---|
| 5. a. Any past, present, or expected aviation activities | ☐ | ☒ |
| b. Any past, present, or expected rodeo, skin diving, sky diving activities, or racing, testing or stunt driving of automobiles, motorcycles, motor boats, snowmobiles or airplanes? (If yes to a or b above, attach completed questionnaire.) | ☐ | ☒ |
| 6. Do you now use alcoholic beverages in any form? | ☐ | ☒ |
| 7. Have you ever been treated for alcoholism, drug use, used drugs or alcohol to excess or been arrested for possession, sale or use? | ☐ | ☒ |
| 8. a. Do you use tobacco in any form? | ☐ | ☐ |
| b. If prior use, how long since stopped? _____ | | |
| 9. Will this policy replace any existing insurance or annuities in force in this or any other company? P. Risk — See Back | ☒ | ☐ |

**10. Insurance Applied For?** Life Plan: _____ Amount $ 50,000
(If Universal Life, what Death Benefit? Option 1 ☒ or Option 2 ☐)
Term Rider: _____ Amount $ _____
Annuity Plan: _____ Amount $ _____
Disability Income Plan: _____ Amount $ _____
Earned Income: $ _____ (For Disability Income Plans Only)
Automatic Premium: Loan (Not UL or Term) ☐ Yes ☐ No
Additional Benefits: YES NO / YES NO
Cost of Living (UL Only) ☒ ☐ / Family Plan (Not UL) ☐ ☒
Waiver of Premium/Deduction ☒ ☐ / Children's Term ☐ ☒
Accidental Death Benefit ☐ ☒ / Guaranteed Insurability ☐ ☒
ADB Amount? _____  Juvenile Payor Benefit ☐ ☒
Other Requests? _____

**11. Premium quoted?** $ 50  **Amt. Pd.?** $ 27.35
ANN ☐  S-A ☐  QTR ☐  PAC ☒  Other ☐   Receipt Issued ☒

**12. Beneficiaries?** Please print full names | Relationship | Age
First: Jeanette Smith | Wife | 49
Contingent: Jan M. Grandalski | Daughter | 25
            Joy L. Campbell | Daughter | 22

a. Contingent Beneficiaries share and share alike, survivors or survivor? Yes ☒ No ☐
b. Include future children of present marriage Yes ☐ No ☒

**13. Present life and disability insurance**

| Co. and Issue Year | Life | Acci. De... | Mo. Income |
|---|---|---|---|
| P.R. Risk | $6,000 | $ | $ |

**NON-MEDICAL LIMITS** — (Include face amount of any riders and business in force with Preferred Risk) 15 days to 35 years—$150,000; 36 to 40 years—$100,000; 41 to 45 years—$50,000; 46 to 50 years—$25,000; 51 up needs physical. Is Physical Arranged Yes ☒ No ☐

**PART II   Has proposed insured:** | YES | NO |
|---|---|---|
| 1. Had medical, surgical or other treatment or advice in past 5 years? | ☐ | ☒ |
| 2. Ever had an operation or blood transfusion; or has operation, restricted diet, use of heart, blood pressure or diabetes medication been advised? | ☐ | ☒ |
| 3. Ever had, been diagnosed as having, or does proposed insured now have: | | |
| a. Disease or disorder of | | |
| 1) Lungs, bronchi; tuberculosis; exposure to tuberculosis; asthma? | ☐ | ☒ |
| 2) Heart, blood, blood vessels; high or low blood pressure, murmer? | ☐ | ☒ |
| 3) Esophagus, stomach, intestines, liver, gall bladder, rupture? | ☐ | ☒ |
| 4) Brain, nervous system; paralysis; convulsions; mental disorder? | ☐ | ☒ |
| 5) Back; muscles, bones, joints, limbs; rheumatism; arthritis? | ☐ | ☒ |
| 6) Kidneys, ureters, bladder, reproductive organs? | ☐ | ☒ |
| 7) Throat, lungs, bronchial tubes, spitting of blood, frequent or persistent cough? | ☐ | ☒ |
| b. If proposed insured is a woman—1) Complications of pregnancy? | ☐ | ☒ |
| 2) Is proposed insured pregnant? | ☐ | ☒ |
| c. Cancer; a growth; diabetes; impaired sight, hearing; syphilis? | ☒ | ☐ |
| d. Acquired Immune Deficiency Syndrome, any immune disorder, or related condition? | ☐ | ☒ |
| e. Are you currently taking any prescription medication? (If yes give details) | ☐ | ☒ |
| f. Any other impairment, sickness, injury in past 5 years? | ☐ | ☒ |
| 4. A history in parents, brothers or sisters of: | | |
| a. Mental illness, cancer, coronary disease, diabetes, a stroke? | ☐ | ☒ |
| b. Death before age 60? (Relationship? Age? Cause of death?) | ☐ | ☒ |
| 5. Ever received sickness or injury benefits, compensation, pension? | ☐ | ☒ |
| 6. Ever had insurance refused, postponed, rated or limited? | ☐ | ☒ |

IF YES, GIVE FULL DETAILS—AILMENTS; DATES; PHYSICIAN'S NAMES, ADDRESSES; OTHER COMPANIES, ETC.

PREFERRED RISK
APR 02 1991
LIFE INSURANCE

3C — Reading Glasses

**EXHIBIT 4**

SM 033

**7. Usual physician** Philip Robinson
Address: 1235 Forest Ave   Phone: 262-0312
Montgomery, AL.

IT IS AGREED: 1) All statements in this application, which includes pages 2 and 3 if applicable, are, so far as I (we) know and believe, complete and true; 2) the Company is not bound by any statement not written in this application; 3) no agent can accept risks, modify policies, or waive any rights or requirements of the Company; 4) unless otherwise provided in a conditional receipt bearing the date of this application, no liability exists until a policy is accepted and the premium paid while, to the best knowledge and belief of the applicant; A) the health and occupations of all persons proposed for health coverage are as described in this application; or B) all persons proposed for coverage under a life policy are still living and in good health.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical related facility, insurance company, the Medical Information Bureau or other organization, institution or person, that has any records or knowledge of me or my health, to give to the Preferred Risk Life Insurance Company, or its reinsurers, any such information. A photographic copy of this authorization shall be valid as the original. I acknowledge receipt of the Notice To Applicant—parts one and two.

Applicant: James A. Smith
Proposed Insured (if other than Applicant): Montgomery AL
Spouse (if Family Plan or Joint Life): _____
Proposed Payor (if other than Owner): Clarence Watkins 1-980
Date Signed: 3/26/91

No. 219432-0

## PART II OF APPLICATION FOR INSURANCE IN THE PREFERRED RISK LIFE INSURANCE COMPANY

| 1. Full First Name | Initial | Last Name | Date of Birth Month/Day/Year | Place of Birth | Occupation |
|---|---|---|---|---|---|
| James | A | Smith | 11 / 11 / 40 | AL | Maintenance Specialist |

| # | Question | Yes | No |
|---|---|---|---|
| 2a. | Do you now use alcoholic beverages in any form? If "Yes", state kind, and daily, weekly or monthly amount. | | X |
| b. | Have you ever been an habitual user of any habit-forming drug, or received treatment for alcoholism or drug habit? | | X |
| 3. | Have you ever been on a restricted diet or received insulin? | | X |
| 4a. | Have you gained/lost any weight in past year? lbs. gained ___ lbs. lost ___ Cause ___ | | X |
| b. | How long has present weight been maintained? 2-3 yrs | | |
| 5. | Have you ever been rejected, deferred or discharged by the Armed Forces because of physical or mental condition? | | X |
| 6. | Has your application for life, health or accident insurance ever been rejected, rated up, restricted, postponed or withdrawn? If "Yes", give reason and date. | | X |
| 7a. | Have your parents or any of your brothers or sisters ever had insanity or diabetes? | X | |
| b. | Has any person in your immediate household had tuberculosis within the past 5 years? | | X |

Details of questions 2-7 answered "Yes" above.

| 9. Have you ever had or been told you had: | YES | NO |
|---|---|---|
| a. High blood pressure, pain or pressure in the chest, shortness of breath or palpitation; angina pectoris, heart murmur, coronary, rheumatic fever, or other disease of the heart? | | X |
| b. Stroke, paralysis, epilepsy, insanity, dizziness, convulsions, nervous prostration, severe headaches or any disease of the brain or nervous system? | | X |
| c. Pleurisy, asthma, tuberculosis, spitting of blood, chronic cough, or any disease of the throat, lungs or blood vessels? | | X |
| d. Chronic indigestion, gastric or duodenal ulcer, diabetes, jaundice, chronic diarrhea, gallstones, or any disease of the liver? | | X |
| e. Kidney stones, syphilis, or any disease of the kidneys, bladder or prostate, or albumin or sugar in the urine? | | X |
| f. Enlarged glands, goiter, cancer or any tumor, gout, rheumatism, any disease of the skin, bones or joints; any defect of hearing or eyesight? | | X |
| g. Acquired Immune Deficiency Syndrome, any immune disorder, or related condition? | | X |
| 10a. Have you ever been in any hospital or sanitarium for rest, treatment, observation, diagnosis, or surgery? | | X |
| b. Within the past five years have you undergone any special examinations or laboratory tests, such as X-rays, electrocardiograms, blood or urine tests? | X | |

Give name of disease or symptoms, number of attacks, dates, duration, severity and results, and attending physicians' names and addresses.

10 b. - receives annual physical including B/P, u/A, routine blood tests, EKG, X-ray, all results normal for employment. Jackson Hospital 1235 Forest Ave Montgomery, AL

7a - Mother now age 71 has insulin controlled diabetes age 50 onset

PREFERRED RISK
APR 08 1991
LIFE INSURANCE

SM 034

11a. Have you consulted or been examined by any other physicians or practitioners within the last 5 years? Yes or No

| NAME AND ADDRESS | REASON FOR CONSULTATION, EXAMINATION OR TREATMENT | DATE, DURATION AND RESULT |
|---|---|---|
| | | |

11b. Name of regular personal physician: Dr. Phillip Robinson    Address: 1727 Pine Montgomery, AL

12. Have you had any illness or injury not mentioned above? If "None", so state. None

| 13. Family Record | Age if Living | State of Health | Age at Death | Cause of Death |
|---|---|---|---|---|
| Father | | | 68 | Cancer of colon |
| Mother | 71 | fair | | |
| Brothers No. Living 0 No. Dead 1 | | | 3 months | Poisoned Castor oil |
| Sisters No. Living 4 No. Dead 0 | 57 / 48 / 30 / 34 | good | | |

14. To be completed if proposed insured is a woman. [crossed out]
a. Full Maiden Name?
b. No. and character of labors?
c. Date of last labor?
d. Are you now pregnant?  No. of months?
e. Have you passed the change of life?
f. Have you ever had any uterine, ovarian or breast disease, menstrual disorder, abortion or miscarriage?

I state that I am the person named as the proposed insured or the applicant in juvenile cases, and I declare and agree that the foregoing statements and answers and those contained in Part I of this application, each of which I have made and read, are complete, true and correctly recorded to the best of my knowledge and belief, and shall form the basis for and shall be a part of this contract of insurance.

I hereby authorize any licensed physician, medical practitioner, hospital, or other medically related facility, insurance company or other organization, institution or person, that has any information of me or my health, to give to Preferred Risk Life Insurance Company any such information. A photographic copy of this authorization shall be as valid as the original.

Dated at Montgomery, AL this 2nd day of April, 19 91

Witnessed by Nancy B. Schofield, J.a.

L-5002B (786)

APPLICANT (for Child Policy)  or  James A. Smith  PROPOSED INSURED

## PART I

**1. Full Name (Print):** [illegible] Smith (Jeanette H.)
(If married woman show maiden name in parentheses)

Single ☐  Married ☒  Widowed ☐  Divorced ☐  Separated ☐

Mailing Address: 3451 East St.
City: Montgomery  State: AL  Zip Code: 36110

| Birthplace? State | Birthdate? Mo. / Day / Yr. | Ins. Age? | Sex? | Height? Ft. / In. | Wt.? Lbs. |
|---|---|---|---|---|---|
| AL | 10 / 11 / 41 | 49 | F | 5 / 9 | 170 |

**Employer?** St. of AL.
**Occupation?** Auditor
**Duties?** ___

**4. Social Security Number:** 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

| | Yes | No |
|---|---|---|
| 5. a. Any past, present, or expected aviation activities | ☐ | ☒ |
| b. Any past, present, or expected rodeo, skin diving, sky diving activities, or racing, testing or stunt driving of automobiles, motorcycles, motor boats, snowmobiles or airplanes? (If yes to a or b above, attach completed questionnaire.) | ☐ | ☒ |
| 6. Do you now use alcoholic beverages in any form? | ☐ | ☒ |
| 7. Have you ever been treated for alcoholism, drug use, used drugs or alcohol to excess or been arrested for possession, sale or use? | ☐ | ☒ |
| 8. a. Do you use tobacco in any form? | ☐ | ☒ |
| b. If prior use, how long since stopped? ___ | | |
| 9. Will this policy replace any existing insurance or annuities in force in this or any other company? | ☐ | ☒ |

**10. Insurance Applied For:** Life Plan: P.C.  Amount $20,000
(If Universal Life, what Death Benefit? Option 1 ☒ or Option 2 ☐)
Term Rider: ___ Amount $___
Annuity Plan: ___ Amount $___
Disability Income Plan: ___ Amount $___
Earned Income: $___ (For Disability Income Plans Only)
Automatic Premium Loan (Not UL or Term) ☐ Yes ☐ No

**Additional Benefits:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Cost of Living (UL Only) | ☒ | ☐ | Family Plan (Not UL) | ☐ | ☒ |
| Waiver of Premium/Deduction | ☒ | ☐ | Children's Term | ☐ | ☒ |
| Accidental Death Benefit | ☒ | ☐ | Guaranteed Insurability | ☐ | ☒ |
| ADB Amount? ___ | | | Juvenile Payor Benefit | ☐ | ☒ |

Other Requests? ___

**11. Premium quoted?** $ 51  **Amt. Pd.?** $ 51
ANN ☐  S-A ☐  QTR ☐  PAC ☒  Other ☐  Receipt Issued ☒

**12. Beneficiaries?** Please print full names

| | Name | Relationship | Age |
|---|---|---|---|
| First | James A. Smith | Husband | 50 |
| Contingent | Jan M. Grandalski | Daughter | 25 |
| | Joy L. Campbell | Daughter | 22 |

a. Contingent/Beneficiaries share and share alike, survivors or survivor? Yes ☒ No ☐
b. Include future children of present marriage. Yes ☐ No ☒

**13. Present life and disability insurance**

| Co. and Issue Year | Life | Acci. Death | Mo. Income |
|---|---|---|---|
| Met. J.W.L. | $10,000 | $ | $ |

**NON-MEDICAL LIMITS** — (Include face amount of any riders and business in force with Preferred Risk) 15 days to 35 years—$150,000; 36 to 40 years—$100,000; 41 to 45 years—$50,000; 46 to 50 years—$25,000; 51 up needs physical. Is Physical Arranged Yes ☒ No ☐

## PART II  Has proposed insured:

| | YES | NO |
|---|---|---|
| 1. Had medical, surgical or other treatment or advice in past 5 years? | ☐ | ☒ |
| 2. Ever had an operation or blood transfusion; or has operation, restricted diet, use of heart, blood pressure or diabetes medication been advised? | ☒ | ☐ |
| 3. Ever had, been diagnosed as having, or does proposed insured now have: | | |
| a. Disease or disorder of | | |
| 1) Lungs, bronchi; tuberculosis; exposure to tuberculosis; asthma? | ☐ | ☒ |
| 2) Heart, blood, blood vessels; high or low blood pressure; murmur? | ☐ | ☒ |
| 3) Esophagus, stomach, intestines, liver, gall bladder, rupture? | ☐ | ☒ |
| 4) Brain, nervous system; paralysis; convulsions; mental disorder? | ☐ | ☒ |
| 5) Back; muscles, bones, joints, limbs; rheumatism; arthritis? | ☐ | ☒ |
| 6) Kidneys, ureters, bladder, reproductive organs? | ☒ | ☐ |
| 7) Throat, lungs, bronchial tubes, spitting of blood, frequent or persistent cough? | ☐ | ☒ |
| b. If proposed insured is a woman—1) Complications of pregnancy? | ☐ | ☒ |
| 2) Is proposed insured pregnant? | ☐ | ☒ |
| c. Cancer; a growth; diabetes; impaired sight, hearing; syphilis? | ☒ | ☐ |
| d. Acquired Immune Deficiency Syndrome, any immune disorder, or related condition? | ☐ | ☒ |
| e. Are you currently taking any prescription medication? (If yes give details) | ☒ | ☐ |
| f. Any other impairment, sickness, injury in past 5 years? | ☐ | ☒ |
| 4. A history in parents, brothers or sisters of: | | |
| a. Mental illness, cancer, coronary disease, diabetes, a stroke? | ☐ | ☒ |
| b. Death before age 60? (Relationship? Age? Cause of death?) | ☐ | ☒ |
| 5. Ever received sickness or injury benefits, compensation, pension? | ☐ | ☒ |
| 6. Ever had insurance refused, postponed, rated or limited? | ☐ | ☒ |

**YES, GIVE FULL DETAILS—AILMENTS; DATES; PHYSICIAN'S NAMES, ADDRESSES; OTHER COMPANIES, ETC.**

2. — Malignant Pol. — Removed from Colon 10/1984
— Baptist Hos. S. Blvd Mtg, AL
— Dr. David Dunn Baptist Towers Mtg, AL.

1979 — Hysterectomy — Dr. David Dunn

3.C — Impaired Sight
— Premarin — Hormone .625 MG 25.00 charge

**PREFERRED RISK**
**APR 02 1991**
**LIFE INSURANCE**

**7. Usual physician:** Dr. David Dunn
**Address:** 2055 East South Blvd, Baptist Towers, Mtg, AL.  **Phone:** 288-3315

IT IS AGREED: 1) All statements in this application, which includes pages 2 and 3 if applicable, are, so far as I (we) know and believe, complete and true; 2) the Company is not bound by any statement not written in this application; 3) no agent can accept risks, modify policies, or waive any rights or requirements of the Company; 4) unless otherwise provided in a conditional receipt bearing the date of this application, no liability exists until a policy is accepted and the premium paid while, to the best knowledge and belief of the applicant; A) the health and occupations of all persons proposed for health coverage are as described in this application; or B) all persons proposed for coverage under a life policy are still living and in good health.

I hereby authorize any licensed physician, medical practitioner, hospital, clinic or other medical related facility, insurance company, the Medical Information Bureau or other organization, institution or person, that has any records or knowledge of me or my health, to give to the Preferred Risk Life Insurance Company, or its reinsurers, any such information. A photographic copy of this authorization shall be valid as the original. I acknowledge receipt of the Notice To Applicant—parts one and two.

**Applicant (owner unless otherwise specified):** Jeanette H. Smith
**Spouse (if Family Plan or Joint Life):** ___
**Date Signed:** 3/26/91

**Proposed Insured (if other than Applicant):** Montgomery, AL.
**Proposed Payor (if other than Owner):** [illegible] 1-989
**Soliciting Agent:** ___  **Code:** ___

**№ 219433 — Q**

Questions which must be answered by Proposed Insured and recorded by medical examiner with no one else present.

| Use Black Ink | DL 1877236 AL | APR 05 '91 N.H. | Do Not Use Dashes, Ditto or Check Marks |

## PART II OF APPLICATION FOR INSURANCE IN THE PREFERRED RISK LIFE INSURANCE COMPANY

1. Full First Name: Jeanette | Initial: H | Last Name: Smith | Date of Birth: 10/11/41 | Place of Birth: AL | Occupation: Auditor

2a. Do you now use alcoholic beverages in any form? If "Yes", state kind, and daily, weekly or monthly amount. — NO
b. Have you ever been an habitual user of any habit-forming drug, or received treatment for alcoholism or drug habit? — NO
3. Have you ever been on a restricted diet or received insulin? — NO
4a. Have you gained/lost any weight in past year? lbs. gained 10 lbs. lost — Cause: lack of exercise
b. How long has present weight been maintained? 1 yr

5. Have you ever been rejected, deferred or discharged by the Armed Forces because of physical or mental condition? — NO
6. Has your application for life, health or accident insurance ever been rejected, rated up, restricted, postponed or withdrawn? If "Yes", give reason and date. — NO
7a. Have your parents or any of your brothers or sisters ever had insanity or diabetes? — NO
b. Has any person in your immediate household had tuberculosis within the past 5 years? — NO

Details of questions 2-7 answered "Yes" above.

9. Have you ever had or been told you had:
a. High blood pressure, pain or pressure in the chest, shortness of breath or palpitation, angina pectoris, heart murmur, coronary, rheumatic fever, or other disease of the heart? — NO
b. Stroke, paralysis, epilepsy, insanity, dizziness, convulsions, nervous prostration, severe headaches or any disease of the brain or nervous system? — NO
c. Pleurisy, asthma, tuberculosis, spitting of blood, chronic cough, or any disease of the throat, lungs or blood vessels? — NO
d. Chronic indigestion, gastric or duodenal ulcer, diabetes, jaundice, chronic diarrhea, gallstones, or any disease of the liver? — NO
e. Kidney stones, syphilis, or any disease of the kidneys, bladder or prostate, or albumin or sugar in the urine? — NO
f. Enlarged glands, goiter, cancer or any tumor, gout, rheumatism, any disease of the skin, bones or joints; any defect of hearing or eyesight? — YES
g. Acquired Immune Deficiency Syndrome, any immune disorder, or related condition? — NO
10a. Have you ever been in any hospital or sanitarium for rest, treatment, observation, diagnosis, or surgery? — YES
b. Within the past five years have you undergone any special examinations or laboratory tests, such as X-rays, electrocardiograms, blood or urine tests? — YES

Give name of disease or symptoms, number of attacks, dates, duration, severity and results, and attending physicians' names and addresses:

9f. 1984 Hospitalized 2 weeks due to malign polyp of colon. Normal recovery, no further problems. Has annual recheck. Dr. David Dunn, Baptist Medical C, Baptist Medical Tower 2105 E.S. Blvd, Montgomery, AL. Montgomery, AL

10b. Has yearly barium enema, colonoscopy, routine blood tests, B/P, U/A, all results normal. See Dr. 9f above.

14f. 1979 Hospitalized 7 days due to hysterectomy due to endometriosis. No further problems. See Dr. 9f above. Humana Hospital Taylor Rd, Montgomery, AL

11a. Have you consulted or been examined by any other physicians or practitioners within the last 5 years? — Yes

Name and Address: Dr. James McLoughlin, Pat Pine, Montgomery, AL
Reason for Consultation, Examination or Treatment: Cold symptoms for about 6 weeks, took antibiotic for 1 week, 10 days decongestant, no further problems
Date, Duration and Result: Oct 1990 & Oct 1989

11b. Name of regular personal physician: same | Address: same

12. Have you had any illness or injury not mentioned above? If "None", so state. — No

13. Family Record:
| | Age if Living | State of Health | Age at Death | Cause of Death |
|---|---|---|---|---|
| Father | 69 | poor | | |
| Mother | 69 | good | | |
| Brothers No. Living 2 No. Dead 0 | 44 / 47 | good / good | | |
| Sisters No. Living 0 No. Dead 0 | | | | |

14. To be completed if proposed insured is a woman.
a. Full Maiden Name? Inis Jeanette Holladay
b. No. and character of labors? 2 full term
c. Date of last labor? Feb 1969
d. Are you now pregnant? No — No. of months?
e. Have you passed the change of life? In process
f. Have you ever had any uterine, ovarian or breast disease, menstrual disorder, abortion or miscarriage? See above

PREFERRED RISK APR 08 1991 LIFE INSURANCE

I state that I am the person named as the proposed insured or the applicant in juvenile cases, and I declare and agree that the foregoing statements and answers and those contained in Part I of this application, each of which I have made and read, are complete, true and correctly recorded to the best of my knowledge and belief, and shall form the basis for and shall be a part of this contract of insurance. I hereby authorize any licensed physician, medical practitioner, hospital, or other medically related facility, insurance company or other organization, institution or person, that has any information of me or my health, to give to Preferred Risk Life Insurance Company any such information. A photographic copy of this authorization shall be as valid as the original.

Dated at Montgomery, AL this 2nd day of April, 19 91
Witnessed by: Nancy R. Litchfield, L.A., M.D.
APPLICANT (for Child Policy) or Jeanette H. Smith PROPOSED INSURED

L-5002R (7/86)