IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUN 27  A 10: 49

JAMES A. SMITH and )
JEANETTE H. SMITH, )
) DISTRICT COURT
) MIDDLE DISTRICT ALA
    **Plaintiffs** )
)
**V.** )     **2:05-cv-1198-WKW**
)
)
KANSAS CITY LIFE INSURANCE COMPANY, )
GUIDE ONE INSURANCE COMPANY, THE )
GUIDANT INSURANCE GROUP, GUIDANT )
LIFE INSURANDE COMPANY, PREFERRED )
RISK LIFE INSURANCE COMPANY, ANNE F. )
WATKINS, JIM McCAFERTY , et.al., )
)
    **Defendants** )

## MOTION FOR ADMISSION PRO HAC VICE

Donald R. Jones, Jr., attorney for Defendants, move this Court for an Order

admitting Marc D. Amos to practice before this Court *pro hac vice* on behalf of

Defendants, as supported by the attached Affidavits of Mr. Jones and Mr. Amos.

WHEREFORE, Mr. Jones and Mr. Amos request that the Court grant this Motion.

Dated this ____ 2 1 ____ day of June, 2006.

Respectfully submitted,

Donald R. Jones, Jr. (ASB-8900-067D)
Attorney for Defendants

OF COUNSEL:
Donald R. Jones, Jr., Attorney at Law, P.C.
2000 Interstate Park Drive
Suite 104
Montgomery, AL 36109
Telephone:    (334) 277-3939
Fax:          (334) 277-3772

Marc D. Amos
Gholson, Hicks, & Nichols
AmSouth Bank
710 Main Street, Third Floor
Columbus, Mississippi 39703
Telephone:    (662) 243-7300
Fax:          (662) 327-6217

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing by depositing a true and accurate copy of same in the United States Mail, proper postage prepaid, addressed as follows: Lynn W. Jinks, III, Christina D. Crow, Nathan A. Dickson, II, JINKS, DANIEL & CROW, P.C. Post Office Box 350 Union Springs, Alabama 36089; Frank M. Wilson, P.C., P.O. Box 2389, Montgomery, Alabama 36102-2389

This _____21_____ day of June, 2006.

_____
OF COUNSEL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES A. SMITH and** | ) | |
| **JEANETTE H. SMITH,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **V.** | ) | **2:05-cv-1198-WKW** |
| | ) | |
| | ) | |
| **KANSAS CITY LIFE INSURANCE COMPANY,** | ) | |
| **GUIDE ONE INSURANCE COMPANY, THE** | ) | |
| **GUIDANT INSURANCE GROUP, GUIDANT** | ) | |
| **LIFE INSURANDE COMPANY, PREFERRED** | ) | |
| **RISK LIFE INSURANCE COMPANY, ANNE F.** | ) | |
| **WATKINS, JIM McCAFERTY , et.al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

This matter comes before the Court on the Motion of Donald R. Jones, Jr. requesting that Marc D. Amos be admitted *pro hac vice* to represent Defendants in this case. Having considered counsel's Motion, the attached Affidavits, and being fully advised in the premises, the Court finds that the Motion for Admission *Pro Hac Vice* should be granted.

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is granted and Marc D. Amos is admitted *pro hac vice* to represent Defendants in this case.

DATED this _____ day of _____, 2006.

BY THE COURT:

_____

U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES A. SMITH and** | ) | |
| **JEANETTE H. SMITH,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **V.** | ) | **2:05-cv-1198-WKW** |
| | ) | |
| | ) | |
| **KANSAS CITY LIFE INSURANCE COMPANY,** | ) | |
| **GUIDE ONE INSURANCE COMPANY, THE** | ) | |
| **GUIDANT INSURANCE GROUP, GUIDANT** | ) | |
| **LIFE INSURANDE COMPANY, PREFERRED** | ) | |
| **RISK LIFE INSURANCE COMPANY, ANNE F.** | ) | |
| **WATKINS, JIM McCAFERTY , et.al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

### AFFIDAVIT OF DONALD R. JONES, JR.

STATE OF ALABAMA            )

COUNTY OF MONTGOMERY     )

     Donald R. Jones, Jr., being first duly sworn upon oath, deposes and says that:

1.    I am an active member on good standing of the Alabama Bar.

2.    Marc D. Amos is an attorney licensed to practice in Mississippi.

3.    Mr. Amos is of good moral character.

4.    I will remain active in the preparation and presentation of the defense in this case, and I will accept service of all papers served.

DONALD R. JONES, JR.

Subscribed and Sworn to before me in this ___ 2/ ___ day of June, 2006, by Donald R. Jones, Jr.


_Kristina Leigh Simpson_
NOTARY PUBLIC
My Commission Expires: ___ 5-4-08 ___

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JAMES A. SMITH and**<br>**JEANETTE H. SMITH,**<br><br>    **Plaintiffs**<br><br>**V.**<br><br><br>**KANSAS CITY LIFE INSURANCE COMPANY,**<br>**GUIDE ONE INSURANCE COMPANY, THE**<br>**GUIDANT INSURANCE GROUP, GUIDANT**<br>**LIFE INSURANDE COMPANY, PREFERRED**<br>**RISK LIFE INSURANCE COMPANY, ANNE F.**<br>**WATKINS, JIM McCAFERTY , et.al.,**<br><br>    **Defendants** | )<br>)<br>)<br>)<br>)<br>)    **2:05-cv-1198-WKW**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MARC D. AMOS

STATE OF MISSISSIPPI    )

COUNTY OF LOWNDES    )

Marc D. Amos, being first duly sworn upon oath, deposes and says that:

1.    I am a partner in the law firm of Gholson, Hicks & Nichols, located at AmSouth Bank, 710 Main Street, Third Floor, Columbus, Mississippi 39703, (662) 243-7332.

2.    I am currently a member in good standing of the Mississippi Bar, bar number 9557, having been admitted on September 30, 1993.

3.    Attached hereto is a true and correct copy of my Certificate of Good Standing for the United States District Court for the District of Mississippi.

4.      I am a member in good standing of the above-named bar, and no
disciplinary or grievance procedures have been filed or are pending.

5.      I understand that Donald R. Jones, Jr. will participate in the preparation
and presentation of this case.

6.      I promise to abide by the rules and requirements of this Court and the
Alabama Bar.

_____
MARC D. AMOS

Subscribed and Sworn to before me this _____15th_____ day of
_June_____, 2006, by Marc D. Amos.

_____
NOTARY PUBLIC
My Commission Expires __4/30/2010__

AO 136 Certificate of Good Standing (ND Miss 1/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, Arlen B. Coyle, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:**    MARC AMOS

**BAR NUMBER:**    9557

**DATE ADMITTED:**    September 30, 1993

Given under my hand and the Seal of this Court.

Date:    June 21, 2006

ARLEN B. COYLE, Clerk

By: _____
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES A. SMITH and**<br>**JEANETTE H. SMITH,** | ) ) ) | |
| **Plaintiffs** | ) ) | |
| **V.** | ) ) ) | **2:05-cv-1198-WKW** |
| **KANSAS CITY LIFE INSURANCE COMPANY,**<br>**GUIDE ONE INSURANCE COMPANY, THE**<br>**GUIDANT INSURANCE GROUP, GUIDANT**<br>**LIFE INSURANDE COMPANY, PREFERRED**<br>**RISK LIFE INSURANCE COMPANY, ANNE F.**<br>**WATKINS, JIM McCAFERTY , et.al.,** | ) ) ) ) ) ) ) | |
| **Defendants** | ) | |

## CERTIFICATE OF INTERESTED PARTIES

(1)    The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action:

James A. Smith and Jeanette H. Smith (Plaintiffs)

Kansas City Life Insurance Company (Defendant)

Guide One Insurance Company (Defendant)

The Guidant Insurance Group (Defendant)

Guidant Life Insurance Company (Defendant)

Preferred Risk Life Insurance Company (Defendant)

Anne F. Watkins (Defendant)

Jim McCaferty (Defendant)

(2)    The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

None.

(3)    The undersigned further certify that the following is a full and complete list of all persons serving as attorney for the parties in the proceeding:

Marc D. Amos

Donald R. Jones, Jr.

Lynn W. Jinks, III

Frank W. Wilson

DATED this _____ day of June, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing by depositing a true and accurate copy of same in the United States Mail, proper postage prepaid, addressed as follows: Lynn W. Jinks, III, Christina D. Crow, Nathan A. Dickson, II, JINKS, DANIEL & CROW, P.C. Post Office Box 350 Union Springs, Alabama 36089; Frank M. Wilson, P.C., P.O. Box 2389, Montgomery, Alabama 36102-2389

This _____ day of June, 2006.

_____
OF COUNSEL