IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES A. SMITH, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 2:05-cv-1198-WKW |
| | ) |
| KANSAS CITY LIFE INSURANCE | ) |
| COMPANY, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Marc D. Amos to Appear Pro Hac Vice (Doc. #14) filed on June 27, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 29th day of June, 2006.

                          /s/   W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE